## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-22-00135-CV

_____

## IN THE INTEREST OF G.A.R. AND O.M.R.

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 10-05-04630-CV**

_____

## MEMORANDUM OPINION

Ana Laura Torres, appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 28, 2022
Opinion Delivered September 29, 2022
Before Golemon, C.J., Horton and Johnson, JJ.

1